The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TEENA GARCIA-RIMESTAD,<br>      Plaintiff,<br><br>      v.<br><br>SAFEWAY, INC. , an American Corporation, and "DOES" I through X | No.  3:20-cv-6172-BJR<br><br>STIPULATED MOTION AND ORDER FOR ADDITIONAL TIME FOR EXPERT WITNESS REPORTS |

## I. STIPULATED MOTION

The parties, through their undersigned attorneys, stipulate and agree to an extension of the discovery deadline for provision of expert witness reports from the present deadline of December 31, 2021, to a new deadline of January 30, 2022. Defendant does not oppose and stipulates to the proposed extension. Plaintiff retained an expert in mid-August, Dr. Vincent Santoro, M.D., of Physicians Direct Services, and provided his curriculum vitae to undersigned counsel for defendant on August 17, 2021.Subsequent to retaining Dr. Santoro, plaintiff's counsel supplied him with what he believed were the complete medical records in this matter. In mid-November, 2021, Dr. Santoro advised plaintiff's counsel by telephone that he could not complete his report until he had a copy of an MRI referenced in March, 2019 chart notes from an orthopedic surgeon treating plaintiff, and until he had a copy of an apparently missing chart note advising why the MRI was ordered at that time.

Stipulated Motion and Order
For Additional Time for Expert Witness
Reports          1 of 3

Law Offices of Greene & Lloyd, PLLC
P.O. Box 731063 / 4115 Meridian South, Suite B
Puyallup, Washington 98373
(253) 770-0808, Fax (253) 770-0259

On November 22, 2021, plaintiff's counsel ordered the relevant medical records, and has yet to obtain them.

Otherwise, the parties have been engaged actively in the discovery process, plaintiff having been deposed by defense counsel in August, 2021, and plaintiff having undergone an independent medical examination by a doctor engaged by defense counsel in mid-November, 2021. The parties accordingly anticipate that there will be no issue completing the remainder of the case schedule, including discovery completion, pursuant to the ordered case schedule.

Plaintiff's counsel apologizes for the untimeliness of the presentation of this motion, and notes he has been delayed on a variety of matters by the inclement weather this week, as he works from his office and not from home. Nevertheless, he is solely responsible for the delay.

Date: December 30, 2021.

LAW OFFICES OF GREENE & LLOYD, PLLC    TURNER KUGLER LAW, PLLC

By:  s/Timothy M. Greene                  By: s/John T. Kugler             
     Timothy M. Greene, WSBA #17499       John T. Kugler, WSBA #19960
     Of Attorneys for Plaintiff                    Attorney for Defendant Safeway, Inc.

**Stipulated Motion and Order For Additional Time for Expert Witness Reports**  2 of 3

Law Offices of Greene & Lloyd, PLLC
P.O. Box 731063 / 4115 Meridian South, Suite B
Puyallup, Washington 98373
(253) 770-0808, Fax (253) 770-0259

## II. ORDER

This matter came before the Court on the foregoing stipulated motion of the parties for continuance, it is hereby ORDERED that the case schedule be modified only as follows:

The deadline for expert witness reports is now January 30, 2022.

Dated: January 3, 2022

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Stipulated Motion and Order
For Additional Time for Expert Witness
Reports

3 of 3

Law Offices of Greene & Lloyd, PLLC
P.O. Box 731063 / 4115 Meridian South, Suite B
Puyallup, Washington 98373
(253) 770-0808, Fax (253) 770-0259